Dismissed and Memorandum Opinion filed April 3, 2008








Dismissed
and Memorandum Opinion filed April 3, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00518-CV

____________

 

INWOOD FOREST COMMUNITY IMPROVEMENT
ASSOCIATION and CLYMER WRIGHT, Appellants

 

V.

 

INWOOD FOREST PARTNERS, L.P., CAMINATA HOLDINGS, LLC,
its General Partner, and INWOOD FOREST GOLF AND COUNTRY CLUB, INC., Appellees

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-16697

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 29, 2007.  On March 20, 2008, appellants
filed an unopposed motion to dismiss the appeal.   See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
3, 2008.

Panel consists of Justices Yates, Guzman, and Brown.